# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**INDEPENDENT FILM SOCIETY OF BOSTON, INC.**

            **Plaintiff,**            CIVIL ACTION NO. 17-cv-11856-IT

  v.

**PATRICK JEROME d/b/a
BOSTON INTERNATIONAL FILM FESTIVAL**

      **Defendant.**

## SETTLEMENT ORDER OF DISMISSAL

**TALWANI, D. J.**

The court having been advised on December 7, 2018, that the above-entitled action has been settled;

**IT IS ORDERED** that this action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within sixty (60) days if settlement is not consummated.

                                                                      By the Court,

Dated: December 12, 2018                      /s/Carolina DaSilva,
                                                                       Deputy Clerk